IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>        Plaintiff,<br><br>  v.<br><br>PLATT LUGGAGE, INC.<br><br>        Defendant. | Case No. 1:23-cv-01110 |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Holger Fiallo filed the above-referenced case against Defendant Platt Luggage, Inc. on February 22, 2023.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the Complaint with prejudice.

Dated: May 30, 2023                  Respectfully Submitted,

                                              */s/ Benjamin J. Sweet*
                                              Benjamin J. Sweet
                                              ben@nshmlaw.com
                                              **NYE, STIRLING, HALE,**
                                              **MILLER & SWEET, LLP**
                                              1145 Bower Hill Road, Suite 104
                                              Pittsburgh, PA 15243
                                              Phone: 412-857-5350

                                              *Attorneys for Plaintiff Holger Fiallo*

## **CERTIFICATE OF SERVICE**

  I certify that on the 30th day of May, 2023, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

                 */s/ Benjamin J. Sweet*
                 Benjamin J. Sweet